IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>The Premises Located at North West 48.877795, -99.885621; South West 48.875417, -99.885556; South East 48.875170, -99.877381; North East 48.877795, -99.877402 | Case No. 3:20-mj-481<br><br>**MOTION TO SEAL SEARCH WARRANT AND AFFIDAVIT** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Dawn M. Deitz, Assistant United States Attorney, moves the Court for an order sealing for an additional 180 days to August 16, 2024, the Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Dylan Thurmer, Special Agent, Federal Bureau of Investigations, the Search Warrant Return, and this Motion to Seal in the above-captioned matter.

In support of this motion, the United States alleges and states:

The Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Dylan Thurmer, Special Agent, Bureau of Investigations; and the Search Warrant Return, includes name(s) and information which, if made public, may compromise an on-going investigation if this information is disclosed.

Dated: February 20, 2024

                                                      MAC SCHNEIDER
                                                      United States Attorney

               By:     /s/ *Dawn M. Deitz*
                         DAWN M. DEITZ
                         Assistant United States Attorney
                         ND Bar ID 06534
                         655 First Avenue North, Suite 250
                         Fargo, ND  58102-4932
                         (701) 297-7400
                         dawn.deitz@usdoj.gov
                         Attorney for United States